**Malinda COLLIER, Appellant**

v.

**EMERGE, LLC; Respondent**

**Division of Employment Security, Respondent.**

**No. WD 74368.**

Missouri Court of Appeals, Western District.

June 12, 2012.

Jonathan McDowell, Kansas City, MO, for Appellant.

Tina Fowler, Springfield, MO, for Respondent, Emerge.

Robert Bedell, Jefferson City, MO, for Respondent, Division of Employment.

Before THOMAS H. NEWTON, P.J., JAMES M. SMART, JR., and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Ms. Malinda Collier appeals the decision of the Labor and Industrial Relations Commission denying Ms. Collier unemployment benefits because she was discharged for misconduct connected with work.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16